**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

XPOWER TRADING A/S,

      Plaintiff,

    v.

M/V OCCITAN LISTRAC, IMO: 9549372, its
engines, tackle, and apparel,

      Defendant *in rem*.

CIVIL ACTION NO.: 4:26-cv-95

## O R D E R

Plaintiff filed this case on April 8, 2026.  (See doc. 1.)  On April 13, 2026, Plaintiff filed a Stipulation of Dismissal, stating its intent to dismiss this case with prejudice.  (Doc. 8.)  Defendant has not filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITH PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 16th day of April, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA